**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT WICHITA, KANSAS**

DECARLO BELL,

      Plaintiff,

-vs-                                      Case No.    21-CV-01007

BEDFORD TRANSPORTATION, LTD, a
foreign limited corporation; BEDFORD INDUSTRIES,
INC., a foreign corporation; and STEPHEN WESLEY
GASKINS, II, an individual,

      Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, by and through counsel of record Bradley A. Pistotnik and Jay Sizemore of Brad Pistotnik Law, P.A. There are no other appearances and no responsive pleading has been filed in this matter.

Plaintiff advises the Court that he has reached a settlement agreement and by the stipulation of the parties should be dismissed with prejudice with all parties responsible for their own costs and attorneys' fees.

**BRAD PISTOTNIK LAW, P.A.**

By:    */s/ Bradley A. Pistotnik*
       Bradley A. Pistotnik, #10626
       10111 E. 21st Street, Suite 204
       Wichita, Kansas 67206
       brad@bradpistotniklaw.com
       Tel:    (316) 684-4400
       Fax:   (316) 684-4405
       *Attorney for Plaintiff*